# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAMARCUS PIPPEN and WILLIAM ARMSTRONG, JR., <br><br> Plaintiffs, <br><br> v. <br><br> FULTON COUNTY, GEORGIA, <br><br> Defendant. | Civil Action File No. <br> 1:17-cv-00362-CAP |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the Parties' Joint Motion to Approve Settlement. The Court reviews the settlement for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has reviewed the proposed Settlement Agreement and considered counsel's explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter. Based on the totality of counsel's explanation, the Court finds that the Settlement Agreement under the circumstances of this case is fair, adequate, and reasonable.

- 2 -

THEREFORE, the Court **GRANTS** the Parties' Joint Motion to Approve Settlement and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** and the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this  6th  day of  July            , 2017.

/s/ Charles A. Pannell, Jr.
_____
**The Honorable Charles A. Pannell, Jr.
Senior United States District Judge**